AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DOMONIQUE COTTON,

    Plaintiff,

**AMENDED JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV 423-031

QUANTIX,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated September 16, 2024, Defendant's motion for summary judgment is granted in favor of Defendant Quantix. This case stands closed.

| | |
|---|---|
| 9/16/2024 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020